UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Geraldine M. Chell,

Plaintiff,

v.

American Home Products Corporation, A. H. Robins Company, and Wyeth-Ayerst Laboratories,

Defendants.

Civil 00-739 JRT/FLN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: May 23, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 5/23/00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge John M. Mason.

NEW CASE NUMBER 00-739 JRT/JMM

Use this case number for all further filings.